# EXHIBIT A

2032279
03230-0000
VOL. 341 PAGES 165-168

nine rods to a stake thence South 16° 00' East Seventy feet to the place of beginning containing one fourth of an acre of land be the same more or less. The above granted premises are conveyed upon the following conditions Viz. To be used only by the Congregation of Disciples for the purpose of building a Meeting House and other buildings &c. which may be wanted by said Society for religious purposes provided that when said premises are relinquished by said Congregation of Disciples religious purposes then the same to revert back to said Grantors or their heirs &c. but subject to all legal highways. To have and to hold the above granted and bargained premises with the appurtenances thereunto belonging unto them the said Committee and Trustees their successors &c forever. To them and their successors for the use above stated. And we the said Archibald and Elizabeth T. do for ourselves our heirs executors and administrators covenant with the Committee and Trustees or their successors that at and until the ensealing of these presents we are well seized of the premises as a good and indefeasible estate in Fee Simple and have good right to bargain and sell the same in manner and form as above written. And the same be free from all encumbrances whatsoever. And Furthermore we the said Archibald and Elizabeth T. do by these presents bind ourselves + our heirs forever to warrant and defend the above granted and bargained premises to them the said Committee + Trustees and successors or the Society against all lawful claims and demands whatsoever. And I Elizabeth T. do hereby remise, release, and forever quit claim unto the said Grantees or their successors in office. All my right & title of dower in the above described premises. In Witness whereof we have hereunto set our hands and seals the Twelfth day of May in the year of our Lord one thousand eight hundred and forty six.
Signed Sealed and Delivered in presence of
William R. Robbins    Nehemiah Hill            Archd. Robbins
                                                Elizabeth T. Robbins

The State of Ohio ss Solon May 12th 1846. Personally appeared Archibald Robbins who acknowledged Cuyahoga County that he did sign and seal the foregoing instrument and the same is his free act and deed. I further certify that I did examine the said Eliza T. Robbins separate and apart from her husband and did then and there make known to her the contents of the foregoing instrument and upon that examination she declared she did voluntarily sign, seal, and acknowledge the same and that she was still satisfied therewith.

Recd Oct 6th 1882 at 9:46 a.m.                  J. D. Kelley
Recorded Oct 11th 1882. A M Van Dyke Recorder   Justice of the Peace.


Jeptha H. Wade                  To              City of Cleveland

Know all men by these presents, that I, Jeptha H. Wade of the City of Cleveland, County of Cuyahoga and State of Ohio, being desirous of securing to the citizens of Cleveland for all time the opportunity of re-creating, having, improving and maintaining a beautiful and attractive Public Park therein for the benefit of all the people being the owner of lands suitable for this purpose situated near the place where several important institutions of learning are about to be permanently located and on which grounds large expenditures with a view to such a Park have already been made, do hereby freely give, grant, and convey unto the said City of Cleveland and its successors, to have and to hold forever, the following described real property to wit. Situate in the City of Cleveland Cuyahoga County, Ohio being parts of lots 394 and 395 and being bounded and described as follows, referring to accompanying Map which is a part of this description and deed. Commencing at stone marked on said Map by letters d&2 following the center line eastward of Euclid Avenue and passing stones A. B. & C. to point D. turn an angle north at D of 100 degrees and 32 and a half minutes extend line 41 and 28 hundredths feet to the north fence line of Euclid Avenue a point marked J on From thence the Wade Park boundary is established and shown by the outer edge of the continuous green tint on said Map as follows and described as follows north

For record of plat of Park see Vol. 12, page 46 of map records.

indicated by the curved line formed by the traverse line and its offsets as set forth [in] said Map on its westerly sides as indicated by the east fence line of Doan Street and the property lines marked A.2. to A. and on its southerly side as established by the north fence line of Euclid Avenue. The above survey as shown on accompanying Map embraces about 73 acres, more or less. It being distinctly understood that the piece marked on said Map as "Reservoir" containing about 3 and a half acres and bounded by the drive as shown, is not embraced in this conveyance. The principle drive shall follow the boundary curve from A.2. to R. as shown in the Map, and its easterly and northerly curb line shall be 26 feet from and parallel to said curved boundary line. This conveyance is made to the said City of Cleveland forever on trust for the following purposes and upon the express conditions following to wit: That said City shall under the direction of the Park Commissioners and in substantial accordance with the plan to be adopted by the said Commissioners and approved by me, expend therein within three years from the first day of January 1883, the sum of not less than seventy five thousand dollars, in fitting, preparing and beautifying it for the purposes herein named. The said grounds at all times thereafter to be kept and maintained by said City in such repair and condition as to make it an attractive and desirable place of resort as a Public Park to be open at all times to the public. The abutting land owners, their heirs and assigns, to have free ingress and egress through the same, subject however to all rules and regulations prescribed by the Park Commissioners. To be used for no other purpose than a public Park and to be called and known by the name of Wade Park. If fencing shall ever be placed on said Park, except along the westerly and southerly boundary, it shall be open wrought iron fence. I also reserve the right for myself and my heirs forever to place and maintain a Street Railroad in and along the Avenues forming the easterly and northerly boundaries of said Park, said Railroad to be subject to laws and ordinances of the City, and stipulate that the abutting property owners, their heirs and assigns forever, may connect with any water pipe the City may place in said Park at the most proper and convenient places, subject however to water rent and regulations prescribed by the City, and may make all necessary drives and walks to connect with said easterly and northerly Avenue. And if the said City shall fail to comply with the aforesaid stipulations for the expenditure of seventy five thousand dollars, or if the grounds aforesaid or any part thereof shall be perverted or diverted from the public purposes and uses herein named, the said property and every part thereof to revert to me or my heirs forever. I the said Sue M. Wade wife of said Jeptha H. Wade do hereby remise release and forever quit-claim all my right of dower in all of said lands unto the said Grantee and its successors forever on the terms and conditions aforesaid. In witness whereof we have hereunto affixed our hands and seals at Cleveland in [Cuyahoga] County this 15th day of September 1882.

Signed Sealed and Delivered in presence of

S. T. Everett.            J. H. Wade Jr.            J. H. Wade
                                                    Sue. M. Wade

The State of Ohio ss} Before me, a Notary Public in and for said County personally Cuyahoga County peared the above named Jeptha H. Wade and Sue M. Wade who acknowledged that they did sign and seal the foregoing instrument and that same is their free act and deed. I further certify that I did examine the said [Sue] M. Wade separate and apart from her said husband and then did make known to her the contents of the foregoing instrument and upon that examination [she] declared that she did voluntarily sign, seal, and acknowledge the same, and [that] she is still satisfied therewith. In testimony whereof I have hereunto set my hand and seal at Cleveland Ohio this 15th day of September A.D. 1882.

Rec'd Oct. 6th 1882. at 10.40 A.M.  
Recorded Oct 12th 1882.  
The within deed is in legal form.  
Sept 25/82.   J. H. Wade Jr.  
   Notary Public  

Geo. S. Kain. City Solicitor.

Accepted by the City Council of the City of Cleveland by ordinance. No. 119. Sept 25th 1882  
W. H. Eckman City Clerk.

Recorded in City Record of Deeds, Vol. 2. p. 129.  
   W. H. Eckman.  
A. M. Van Sickle, Recorder   City Clerk.

Geo. and M. A. Howlett — To — Wm and Mary J. Schultz

Know all men by these Presents. That George Howlett + Martha A. Howlett. husband + wife of Cleveland. Ohio. the Grantors. for the consideration of Six Hundred ($600) Dollars received to their full satisfaction of William Schultz and Mary J. Schultz the Grantees. do give. grant = bargain. sell and convey unto the said Grantees. their heirs and assigns. the following described premises. situated in the City of Cleveland. County of Cuyahoga. and State of Ohio and known as a strip of land. having thirty (30) feet front on Burton Street and extending back of equal width on Howlett Street one hundred + twenty two feet - off from the southerly side of Sublot No. Five hundred Eighty nine (589) in H. Stone's addition of part of original lots Nos. 53. & 68. according to the plat of said addition in Vol. 1. pages 41. & 42 of Cuyahoga County Records. Said strip of land hereby conveyed forms the northwesterly corner of Burton + Kirkland now Howlett Streets be the same more or less. but subject to all legal highways. To have and to hold the above granted and bargained premises. with the appurtenances thereto belonging. unto the said Grantees. their heirs and assigns forever. and the said Grantors. do for themselves and their heirs. executors and administrators. covenant with said Grantees. their heirs and assigns. that at and until the ensealing of these presents they are well seized of the above described premises as a good and indefeasible estate in Fee Simple. and have good right to bargain and sell the same in manner and form as above written. and that the same are free and clear from all incumbrances whatsoever. and that they will warrant and defend said premises. with the appurtenances thereunto belonging. to the said Grantee. their heirs and assigns forever. against all lawful claims and demands whatsoever. and the said Martha A. Howlett wife of said George Howlett do hereby remise. release and forever quit = claim unto the said Grantees. and their heirs and assigns. all her right and title of dower in the above described premises. In Witness Whereof. they hereunto set their hands and seals. the sixth day of October in the year of our Lord one thousand eight hundred and Eighty two.

Signed. Sealed and Delivered in presence of   Geo. Howlett  [L.S.]  
Gustav A. Laubscher   John Delfs.   Martha A Howlett  [L.S.]

The State of Ohio ss { Before me. a Notary Public in and for said County personally appeared  
Cuyahoga County } the above named George Howlett + Martha A. Howlett husband and wife. who acknowledged that they did sign and seal the foregoing instrument and the same is their free act and deed. I further certify. That I did examine the said Martha A. Howlett wife of said George Howlett separate and apart from her said husband and did then and there make known to her the contents of the foregoing instrument. and upon that examination she declared that she did voluntarily sign and acknowledge the same. and that she was still satisfied therewith. In Testimony Whereof I have hereunto set my hand and official seal. at Cleveland O. this 6th day of October A. D. 1882.

Rec'd Oct 6th 1882. at 10.55 A.M.   Gustav A. Laubscher  
Recorded Oct 12th 1882.   A. M. Van Sickle Rec.   Notary Public

Cuyahoga County Recorder
Patrick J. O'Malley
Condition of Document

Rec'd Oct. 6th, 1882 at 10:40 a.m.       J.H. Wade Jr. [Notary Seal]
Recorded Oct. 12th, 1882      Notary Public

The within deed is in legal form.
Sept. 25/82      Geo. S. Koain City Solicitor

Accepted by the City Council of the City of Cleveland by ordinance No. 119: Sept. 25th, 1882

     W. H. Eckman City Clerk

Recorded in City Record of Deeds Vol. 2. p. 129
     W. H. Eckman City Clerk


Jeptha H. Wade – To – City of Cleveland

Know all men by these presents that I, Jeptha H. Wade of the City of Cleveland, County of Cuyahoga and State of Ohio, being desirous of securing to the citizens of Cleveland for all time the opportunity of re-creating, having, improving and maintaining a beautiful and attractive Public Park therein for the benefit of all the people and being the owner of lands suitable for this purpose situated near the place where several important institutions of learning are about to be permanently located and on which grounds larger expenditures with a view to such a Park have already been made, do hereby freely give, grant and convey unto the said City of Cleveland and its successors, to have and to hold forever, the following described real property to wit. Situate in the City of Cleveland, Cuyahoga County, Ohio, being parts of lots 394 and 395 and being bounded and described as follows, referring to accompanying Map which is a part of this description and deed commencing at a Stone marked on said Map by letters No. 2. following the center line eastward on Euclid Avenue and passing Stones A. B. & C. to point D. Turn an angle northeast at D. of 100 degrees and 32 and a half minutes extend line 41 and 28 hundred feet to the north fence line of Euclid Avenue a point marked _____. From thence the Wade Park boundary is established and shown by the outer edges of the continuous green tract _____ indicated by the curved line formed by the traverse line and its offsets as set forth on said Map on its westerly sides as indicated by the east fence line of Doan Street on the property lines marked A2 to A and on its southerly side as established by the north fence line of Euclid Avenue. The above survey as shown on accompanying Map encumbrances about 73 acres, more or less. It being distinctly understood that the piece _____ on said Map as "Reserve," containing about 3 and a half acres and bounded _____ the drive as shown is not embraced in this conveyance. The principle drive _____ follow the boundary curve from No. 2 to R. as shown in the Map and its easterly and northerly curb line shall be 26 feet from and parallel to said curved boundary line. This conveyance is made to the said City of Cleveland forever in trust for the following purposes and upon the express conditions following to wit: That said City shall under the discretion of the Park Commissioners and in substantial accordance with the plan to be adopted by the said Commissioners as approved by me, expend thereon within three years from the first day of January 1883, the sum of not less than seventy-five thousand dollars in fitting, preparing and beautifying it for the purposes herein named. **The said grounds at all times thereafter to be**

11463066 1      -1-

kept and maintained by said City in such repair and condition as to make it an attractive and desirable place of resort as a Public Park to be open at all times to the public. The abutting land owners, their heirs and assigns, to have free ingress and egress through the same, subject forever to all rules and regulations prescribed in the Park Commissioners. To be for no other purpose than a public park and to be called and known forever by the name of Wade Park. If fencing shall ever be placed on said Park grounds, except along the westerly and southerly boundary, it shall be open wrought iron fence. I also reserve the right for myself and my heirs forever to place and maintain a Street Railroad in and along the Avenues forming the easterly and northerly boundaries of said Park. Said Railroad to be subject to laws and ordinances of the City, and stipulate that the abutting property owners, their heirs and assigns forever, may connect with any water pipe the City may place in said Park at the most proper and convenient places, subject however to water rules and regulations prescribed by the City and may make all necessary drives and walks to connect with said easterly and northerly Avenue and if the said Grantee shall fail to comply with the aforesaid stipulations for the expenditure of seventy-five thousand dollars, or if the grounds aforesaid or any part thereof shall be perverted or diverted from the public purposes and uses herein expressed, the said property and every part thereof to revert to me or my heirs forever. [EMPHASIS ADDED].

I, the said Sue M. Wade wife of said Jeptha H. Wade do hereby remise, release and forever quit-claim all my right of dower in all of said lands unto the said Grantee and its successors forever, on the terms and conditions aforesaid.

Witness whereof we have hereunto affixed our hands and seals at Cleveland in Cuyahoga County this 15th day of September 1882.

Signed, sealed and delivered in presence of  }     J.H. Wade
S.T. Everett    J.H. Wade, Jr.                     Sue M. Wade

The State of Ohio SS }
Cuyahoga County

Before me, a Notary Public in and for said County, personally appeared the above named Jeptha H. Wade and Sue M. Wade who acknowledged that they did sign and seal the foregoing instrument and that same is their free act and deed. I further certify that I did examine the said Sue M. Wade separate and apart from her said husband and then did make known to her the contents of the foregoing instrument and upon that examination she declared that she did voluntarily sign, seal and acknowledge the same and that she is still satisfied therewith. In testimony hereof I have hereunto set my hand and seal at Cleveland, Ohio this 15th day of September A.D. 1882.