# EXHIBIT C

:am
-71

LE
26

636/Cleve

634324  VOL. 97-12785 PAGE 9

## SUPPLEMENTAL INDENTURE OF LEASE

THIS AGREEMENT made at Cleveland, Ohio, by and between the City of Cleveland, a municipal corporation, hereinafter designated the "LESSOR", by its Director of Public Properties pursuant to Ordinance No. 1423-70, passed October 21, 1970, and Garden Center of Greater Cleveland hereinafter designated the "LESSEE" for lease of an additional area within Wade Park, thereby amending Resolution No. 2420-64, adopted November 30, 1964, and amended by Ordinance No. 1305-68, passed July 15, 1968, and Ordinance No. 1976-68, passed December 16, 1968, and for extending the term of the lease dated December 9, 1964 to December 31, 2068, thereby amending Resolution No. 2420-64, adopted November 30, 1964:

### W I T N E S S E T H

### T H A T :

WHEREAS, the Lessor and the Lessee now desire to enter into this Supplemental Indenture of Lease (hereinafter referred to as the "Lease"), the terms and conditions of which have been approved by the City of Cleveland Council by Ordinance No. 1423-70, passed October 21, 1970.

NOW, THEREFORE, the Lessor, in consideration of the rents and covenants stipulated to be paid and performed by the Lessee herein and in said Lease dated December 9, 1964, does hereby:

1. Let and lease unto the Lessee the following additional land as authorized the Ordinance No. 1423-70:



97 DEC 10 PM 2:22

RECORDED THIS DATE
PATRICK J. O'MALLEY
CUYAHOGA CTY RECORDER

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio and known as being part of Original 100 Acre Lot No. 394 and bounded and described as follows:

Beginning at the southwesterly corner of land leased to the Garden Center of Greater Cleveland by the City of Cleveland by Ordinance No. 1976-68, passed by City Council December 16, 1968; thence from said place of beginning S $5°-33'-39"$ E. to the northerly curb line of the Park Drive separating the Cleveland Museum of Art property from the City of Cleveland property; thence easterly along said curb line to the westerly curb line of East Boulevard; thence northerly along said westerly curb to the southeasterly corner of said leand leased to the Garden Center of Greater Cleveland, by said Ordinance No. 1976-68; thence No. $73°-29'-31"$W., 105.42 feet to a point; thence No. $5°-33'-39"$W., 123.50 feet to a point; thence S. $84°-26121"$ W. 100 feet to the place of beginning, all as shown on the attached print.

TO HAVE AND TO HOLD the same unto the said Lessee, for and during the term from and after the date hereof, through December 31, 2068, subject to all of the terms and covenants of said Lease dated December 9, 1964.

2. Extend the term of said Lease dated December 9, 1964 as well as the additional parcels leased to the Lessee by virtue of City of Cleveland Council Ordinance No. 1305-68, passed July 15, 1968, and No. 1976-68, from the beginning of the term specified therein to December 31, 2068.

IN WITNESS WHEREOF, the parties hereto have subscribed their hands this __15th__ day of __April__, 1971.

Signed in the presence of:

_____

_____

CITY OF CLEVELAND

By: _____
Edward J. Baugh, Director
Department of Public Properties
(LESSOR)

Signed in the presence of:

_____

_____

GARDEN CENTER OF GREATER CLEVELAND

By: _____
President

_____
Secretary

STATE OF OHIO     )
                  ) SS
COUNTY OF CUYAHOGA)

Before me a Notary Public, in and for said County and State, personally appeared the above named City of Cleveland, by Edward J. Baugh, Director of Public Properties, who acknowledged that he did sign the foregoing instrument and that the same is his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and notarial seal at Cleveland, Ohio, this __15th__ day of __April__, 1971.

_____
Notary Public

My commission expires:
AUDREY CARTER
Notary Public For Cuyahoga County
My Commission Expires Mar. 31, 1974

STATE OF OHIO     )
                  ) SS
COUNTY OF CUYAHOGA)

Before me, a Notary Public, in and for said County and State, personally appeared the Garden Center of Greater Cleveland, by Mrs. Clark E. Bruner, President, and Richard S. Stoddart, Secretary, who acknowledged the execution of the foregoing Lease, and that the same is their free act and deed as such officers, and the free act of Garden Center of Greater Cleveland.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal at Cleveland, Ohio, this __3rd__ day of __May__, 1971.

_____
Notary Public

My commission expires:
R. L. OLDENBURG, Attorney at Law
Notary Public, State of Ohio
My Commission Expires Subject To
Conditions of Rev. Code Sec. 147.03

-3-

Legibility poor on original document at time of recording.

VOL. 97-12785 PAGE 12

9-11-68
REVISED 6-17-69
" " 10-2-69
" " 6-30-70

[Map showing University Circle area with Cleveland Museum of Natural History (11 AC±), University Circle Incorporated (13 AC±), Rose Garden, Parking Lot, Cleveland Art Museum Property, Art Museum, Wade Park, East Blvd., Hazel Dr., Park Drive, Fine Arts Garden, and other labels]

SCALE: 1" = 200'