# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION, CLEVELAND

| | |
|---|---|
| WILLIAM WADE, : | |
| : | Case No. 1:13-cv-02297-CAB |
| Plaintiff-Relator, : | |
| : | Judge Christopher A. Boyko |
| vs. : | |
| : | **ORDER** |
| THE CITY OF CLEVELAND, *et al.*, : | |
| : | |
| Defendants-Respondents. : | |

    The Motion to Deposit Costs of Plaintiff William Wade is hereby granted. Pursuant to O.R.C. § 733.59, and in satisfaction of that statute's security requirements, Plaintiff is hereby ordered to deposit $100 into the Court's registry. To accomplish this deposit, Plaintiff is ordered to cause to be delivered said sum to the Clerk upon the Clerk's specific instructions. The Clerk is directed to accept and deposit said sum into the registry of the Court pursuant to this Order.

IT IS SO ORDERED

| | |
|---|---|
| 10/23/2013 | s/ Christopher A. Boyko |
| Date | Christopher A. Boyko |
| | U.S. District Judge |

3484727_1